In the Matter of Supplementary Proceedings: EXCHANGE BANK AND TRUST COMPANY, Judgment Creditor, Appellant, against LOREN L. WATSON, Judgment Debtor. R. C. A. VICTOR Co., INC., Third Party, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

HELEN L. RINALDI, Appellant, v. ALFRED E. RINALDI, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, and stay vacated. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of Proceeding Supplementary to Execution, under a Judgment in Favor of OWEN S. M. TIERNEY, as Assignee of FRANCIS D. TYNON, Judgment Creditor, Respondent, against PATRICK J. COMMERFORD and Another, Judgment Debtors, and LOCAL UNION No. 125 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, Judgment Debtor, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

LOUIS E. RUSCH and Others, Respondents, v. F. W. WOOLWORTH COMPANY, a Corporation, and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

DANIEL E. FINN (Substituted in the Place of THOMAS M. FARLEY, Former Sheriff of the County of New York and now Deceased), as Sheriff of the County of New York, and Others, Respondents, v. JOSEPH S. AUERBACH and Others, Appellants. (Action No. 1.) LOUIS E. RUSCH and Others, Respondents, v. F. W. WOOLWORTH COMPANY, a Corporation, and Others, Appellants. (Action No. 2.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

ABRAHAM TAX, INC., Respondent, v. RAPOPORT-OSTROVSKY CORPORATION and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

M. J. FEDERMAN Co., INC., v. THE AMERICAN INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Townley, Merrell, Glennon and Untermyer, JJ.

JEANETTE BORENSTEIN v. DAVID BORENSTEIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WALLACE G. GARLAND.— Motion granted. Order resettled. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ABRAHAM H. COHEN v. BACHMANN, EMMERICK & Co., INC., and Others. In the Matter of the Attorney's Lien of ISADORE GLAUBERMAN.— Motion for reargument or for a modification of order without the imposition of costs and disbursements, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.